# Court of Appeals
# of the State of Georgia

ATLANTA,  June 21, 2017

*The Court of Appeals hereby passes the following order:*

## A17A0031.  CLAYTON COUNTY v. SYKES et al.

We granted this application for interlocutory appeal to consider the trial court's order entered on May 5, 2016, denying the County's motion for summary judgment. Having considered the entire record on appeal and the County's arguments in support of its appeal, we now dismiss the appeal as improvidently granted.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  06/21/2017*
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*